No. 230. GILLETTE SAFETY RAZOR CO. *v.* STANDARD SAFETY RAZOR Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Mr. George E. Middleton* for respondent.

No. 272. GILLETTE SAFETY RAZOR CO. *v.* HAWLEY HARDWARE Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Messrs. John C. Kerr* and *Thomas J. Byrne* for respondent.

No. 273. GILLETTE SAFETY RAZOR CO. *v.* STANDARD SAFETY RAZOR Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Charles Neave* for petitioner. *Mr. George E. Middleton* for respondent.

No. 231. BANK OF CALIFORNIA *v.* INTERNATIONAL MERCANTILE MARINE Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh S. Williamson, Sumner Ford,* and *Edward A. Craighill, Jr.,* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 232. BANK OF CALIFORNIA *v.* INTERNATIONAL MERCANTILE MARINE Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh S. Williamson,*

*Sumner Ford,* and *Edward A. Craighill, Jr.,* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 264. M. & T. TRUST CO. *v.* EXPORT STEAMSHIP CORP. October 9, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Ellis H. Gidley* and *Ray M. Stanley* for petitioner. *Mr. Lyman M. Bass* for respondent.

No. 236. SOUTHERN CITIES DISTRIBUTING CO. *v.* TEXARKANA ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Arnold, William H. Arnold, Jr.,* and *David C. Arnold* for petitioner. *Messrs. Benjamin E. Carter* and *Willis B. Smith* for respondents.

No. 237. LIDSTROM, ADMINISTRATOR, *v.* SPONGBERG, ADMINISTRATOR. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Michael B. Hurley* for petitioner. *Mr. Samuel A. Anderson* for respondent.

No. 238. BOURNE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Louis M. Bourne, pro se. Solicitor General Biggs, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.